FIRST DEPARTMENT, DECEMBER, 1938.

(December 2, 1938.)

SOLOMON EISENROD, as Trustee in Bankruptcy of the Estate of MANNIE KORN-REICH & GRUBER, INC., Respondent, Appellant, *v.* PREISS TRADING CORPORATION, Appellant, Respondent.

PER CURIAM. The testimony adduced at the trial, together with the facts stipulated on this appeal, establish that plaintiff is entitled to recover at least the sum of $3,927.91, arrived at as follows:

### Debits

| | | |
|---|---:|---:|
| Total of invoices assigned | $68,069 | 95 |
| Luxury tax collected | 1,368 | 78 |
| | $69,438 | 73 |

### Credits

| | | | | |
|---|---:|---:|---:|---:|
| Returns | | $6,098 46 | | |
| Discount | | 4,957 72 | | |
| Collection charges: | | | | |
|    Commissions | $1,252 48 | | | |
|    Postage | 13 96 | | | |
| | | 1,266 44 | | |
| Transmitted in cash | | 53,188 20 | | |
| | | | 65,510 82 | |
| Balance due plaintiff | | | $3,927 91 | |

Following the provisions of the contract, the commissions of $1,252.48 were computed on the gross face value of the invoices, less trade discounts. As the defendant has been credited with the trade discounts on all bills, the only expense it is entitled to, under the contract, is postage. Discounts were not allowable unless the customers paid promptly.

The judgment in favor of plaintiff should be modified by increasing same to $3,927.91, with interest and costs, and, as so modified, affirmed, with costs to plaintiff.

Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

Judgment in favor of plaintiff unanimously modified by increasing same to

$3,927.91, with interest and costs, and, as so modified, affirmed, with costs to the plaintiff. Settle order on notice.